United States Courts
Southern District of Texas
FILED

*July 15, 2026*

Nathan Ochsner, Clerk of Court

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | |
| Plaintiff, | |
| v. | |
| **(1) SALVADOR E. GARCIA,** a.k.a. "CHARLIE" and "PENGUIN,"| |
| **(2) ANTHONY SAMUEL ALMANZA,** a.k.a. "TONY,"| Case No. **4:26-cr-437** _____ |
| **(3) JOSE CARLOS MARTINEZ,** a.k.a. CHEN," aka "CHUCK,"| |
| **(4) HENRY CHAVEZ,** a.k.a. "GORDO," aka "FAT ONE,"| |
| **(5) CARLOS EDUARDO RAMOS,** a.k.a. "CARLO,"| |
| **(6) ROGELIO MANZANAREZ,** a.k.a. "ROGELIO,"| |
| **(7) JOHNNY GARCIA,** a.k.a. "CHUCKO,"| |
| and | |
| **(8) JASSON GALDAMEZ-ALEMAN,** | |
| Defendants. | |

## <u>INDICTMENT</u>

THE GRAND JURY CHARGES THAT:

## <u>INTRODUCTION</u>

At all times material to this Indictment, *Crosstimbers Game Room* and *Little York Game Room,* with their main game rooms located in Houston, Texas, and their services and goods, including, but not limited to, the game room (slot) machine usage for sale and complimentary

beverages and foods, consumer goods purchased throughout the United States, were businesses engaged in the retail purchase and sale of consumer goods and services which are shipped in and affect interstate and foreign commerce.

At all times material to this Indictment, *Innovative Rising Inc.,* with its main warehouse located in Missouri City, Texas, was an automated teller machine (ATM) company engaged in the retail purchase and sale of consumer goods and services which are shipped in and affect interstate and foreign commerce; while its funds were held at the Nizari Progressive Federal Credit Union, which is insured by the National Credit Union Administration.

## COUNT ONE

### (Conspiracy to Interfere with Commerce by Threats of Force or Violence)

Beginning on an unknown date, but no later than on or about November 21, 2025, and continuing through at least on or about February 3, 2026, in the Houston Division of the Southern District of Texas, and elsewhere, the defendants,

**SALVADOR E. GARCIA**,
**ANTHONY SAMUEL ALMANZA**,
**JOSE CARLOS MARTINEZ**,
**HENRY CHAVEZ**,
**CARLOS EDUARDO RAMOS**,
**ROGELIO MANZANAREZ**,
**JOHNNY GARCIA**, and
**JASSON GALDAMEZ-ALEMAN**,

did conspire to obstruct, delay and affect interstate and foreign commerce and the movement of articles and commodities in commerce by means of robbery and extortion, as the terms "robbery," "extortion" and "commerce" are defined in Title 18, United States Code, Section 1951, Subsections (b)(1), (b)(2) and (b)(3), in that the defendants did unlawfully conspire to take and obtain the property of another, which was in the possession and custody of an employee of a business, by means of actual and threatened force, violence, and fear of injury to those in lawful possession of the items;

and did unlawfully conspire to obtain property from another with that person's consent induced by the wrongful use of actual and threatened force, violence, and fear.

In violation of Title 18, United States Code, Section 1951.

## COUNT TWO

### (Interference with Commerce by Robbery)

On or about November 21, 2025, in the Houston Division of the Southern District of Texas, the defendants,

**SALVADOR E. GARCIA,**
**ANTHONY SAMUEL ALMANZA,**
**CARLOS EDUARDO RAMOS,**
**ROGELIO MANZANAREZ**, and
**JOHNNY GARCIA,**

aiding and abetting each other and others known and unknown to the Grand Jury, did obstruct, delay and affect interstate and foreign commerce and the movement of articles and commodities in commerce by means of robbery, as the terms "commerce" and "robbery" are defined in Title 18, United States Code, Section 1951, Subsections (b)(1) and (b)(3), in that the defendants did unlawfully take and obtain the property of *Crosstimbers Game Room,* located at 4487 North Freeway IB, Houston, Texas, which was in the possession and custody of an employee of *Crosstimbers Game Room,* namely game room machines, by means of actual and threatened force, violence, and fear of injury to those in lawful possession of the items.

In violation of Title 18, United States Code, Sections 1951 and 2.

## COUNT THREE

### (Aiding and Abetting in Brandishing a Firearm During the Commission of a Crime of Violence)

On or about November 21, 2025, in the Houston Division of the Southern District of Texas, the defendants,

**SALVADOR E. GARCIA**,
**ANTHONY SAMUEL ALMANZA**,
**CARLOS EDUARDO RAMOS**,
**ROGELIO MANZANAREZ**, and
**JOHNNY GARCIA**,

aiding and abetting each other and others known and unknown to the Grand Jury, did knowingly

use, carry, and brandish a firearm during and in relation to a crime of violence for which each may

be prosecuted in a court of the United States, that being interference with commerce by robbery, as

charged in Count Two, and knowingly possessed a firearm in furtherance of such crime.

In violation of Title 18, United States Code, Sections 924(c)(1)(A)(ii) and 2.

## COUNT FOUR

### (Interference with Commerce by Robbery)

On or about January 5, 2026, in the Houston Division of the Southern District of Texas, the

defendants,

**ANTHONY SAMUEL ALMANZA**,
**JOSE CARLOS MARTINEZ**,
**CARLOS EDUARDO RAMOS**,
**ROGELIO MANZANAREZ**,
**JOHNNY GARCIA**, and
**JASSON GALDAMEZ-ALEMAN**,

aiding and abetting each other and others known and unknown to the Grand Jury, did obstruct, delay

and affect interstate and foreign commerce and the movement of articles and commodities in

commerce by means of robbery, as the terms "commerce" and "robbery" are defined in Title 18,

United States Code, Section 1951, Subsections (b)(1) and (b)(3), in that the defendants did

unlawfully take and obtain the property of *Innovative Rising Inc.*, with its warehouse located at

113207 Stafford Road, Missouri City, Texas, which was in the possession and custody of an

employee of *Innovative Rising Inc.,* by means of actual and threatened force, violence, and fear of

injury to those in lawful possession of the items.

In violation of Title 18, United States Code, Sections 1951 and 2.

4

## COUNT FIVE

### (Aiding and Abetting in Brandishing a Firearm During the Commission of a Crime of Violence)

On or about January 5, 2026, in the Houston Division of the Southern District of Texas, the defendants,

**ANTHONY SAMUEL ALMANZA,**
**JOSE CARLOS MARTINEZ,**
**CARLOS EDUARDO RAMOS,**
**ROGELIO MANZANAREZ,**
**JOHNNY GARCIA**, and
**JASSON GALDAMEZ-ALEMAN,**

aiding and abetting each other and others known and unknown to the Grand Jury, did knowingly use, carry, and brandish a firearm, namely a handgun, during and in relation to a crime of violence for which each may be prosecuted in a court of the United States, that being interference with commerce by robbery, as charged in Count Four, and knowingly possessed a firearm in furtherance of such crime.

In violation of Title 18, United States Code, Sections 924(c)(1)(A)(ii) and 2.

## COUNT SIX

### (Aiding and Abetting Interference with Commerce by Extortion)

On or about January 6, 2026, in the Houston Division of the Southern District of Texas, the defendants,

**ANTHONY SAMUEL ALMANZA**, and
**JOSE CARLOS MARTINEZ,**

aiding and abetting each other and others known and unknown to the Grand Jury, did knowingly obstruct, delay, and affect interstate and foreign commerce and the movement of articles and commodities in commerce by means of robbery, as the terms "commerce" and "robbery" are defined in Title 18, United States Code, Section 1951, Subsections (b)(1) and (b)(3), in that the defendants did unlawfully take and obtain the property of *Innovative Rising Inc.,* with its warehouse located at

l13207 Stafford Road, Missouri City, Texas, which was in the possession and custody of an employee of *Innovative Rising Inc.,* by means of actual and threatened force, violence, and fear of injury to those in lawful possession of the items.

In violation of Title 18, United States Code, Sections 1951 and 2.

## COUNT SEVEN

### (Interference with Commerce by Attempted Extortion)

On or about January 9, 2026, in the Houston Division of the Southern District of Texas, the defendants,

**ANTHONY SAMUEL ALMANZA**,
**JOSE CARLOS MARTINEZ**, and
**CARLOS RAMOS**,

aiding and abetting each other and others known and unknown to the Grand Jury, did knowingly obstruct, delay, and affect interstate and foreign commerce and the movement of articles and commodities in commerce by means of robbery, as the terms "commerce" and "robbery" are defined in Title 18, United States Code, Section 1951, Subsections (b)(1) and (b)(3), in that the defendants did unlawfully attempt to take and obtain the property of *Innovative Rising Inc.,* with its warehouse located at l13207 Stafford Road, Missouri City, Texas, which was in the possession and custody of an employee of *Innovative Rising Inc.*, by means of actual and threatened force, violence, and fear of injury to those in lawful possession of the items.

In violation of Title 18, United States Code, Sections 1951 and 2.

## COUNT EIGHT

### (Interference with Commerce by Robbery)

On or about January 23, 2026, in the Houston Division of the Southern District of Texas, the Defendants,

**JOSE CARLOS MARTINEZ**, and
**HENRY CHAVEZ**

aiding and abetting each other and others known and unknown to the Grand Jury, did obstruct, delay and affect interstate and foreign commerce and the movement of articles and commodities in commerce by means of robbery, as the terms "commerce" and "robbery" are defined in Title 18, United States Code, Section 1951, Subsections (b)(1) and (b)(3), in that the defendants did unlawfully take and obtain the property of *Little York Game Room,* located at 148 E. Little York, S#100, Houston, Texas, which was in the possession and custody of an employee of the *Little York Game Room,* namely game room machines, by means of actual and threatened force, violence, and fear of injury to those in lawful possession of the items.

In violation of Title 18, United States Code, Sections 1951 and 2.

## COUNT NINE

**(Aiding and Abetting in Brandishing a Firearm During the Commission of a Crime of Violence)**

On or about January 23, 2026, in the Houston Division of the Southern District of Texas, the Defendants,

**JOSE CARLOS MARTINEZ**, and
**HENRY CHAVEZ**

aiding and abetting each other and others known and unknown to the Grand Jury, did knowingly use, carry, and brandish a firearm, namely a handgun, during and in relation to a crime of violence for which each may be prosecuted in a court of the United States, that being interference with commerce by robbery, as charged in Count Eight, and knowingly possessed a firearm in furtherance of such crime.

In violation of Title 18, United States Code, Sections 924(c)(1)(A)(ii) and 2.

7

                                        **A TRUE BILL:**

                                        Original Signature on File

                                        _____
                                        **FOREPERSON OF THE GRAND JURY**


**AARON F. REITZ**
**UNITED STATES ATTORNEY**

BY: _____
    **Tanja Titre**
    **Assistant United States Attorney**